**McCARTHY & HOLTHUS, LLP**
James Hester, Esq. (SBN: 122133)
Melissa Robbins Coutts, Esq. (SBN: 246723)
1770 Fourth Avenue
San Diego, CA 92101
Telephone:   (619) 685-4800
Facsimile:   (619) 685-4811

Attorneys for Defendants,
Aurora Loan Services, LLC, ING Bank, F.S.B.,
and Mortgage Electronic Registration Systems, Inc.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>CIRILO CRUZ,<br><br>Debtor.<br><br>---<br><br>CIRILO CRUZ,<br><br>Plaintiff,<br><br>vs.<br><br>AURORA LOAN SERVICES, LLC; SCME MORTGAGE BANKERS, INC.; ING BANK, F.S.B.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; QUALITY LOAN SERVICE CORPORATION; and DOES 1 to 100,<br><br>Defendants. | Adversary Case No. 11-90116 MM<br><br>BK Case No. 11-1133 MM13<br><br>Chapter 13<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS ADVERSARY COMPLAINT PURSUANT TO RULE 12(b)(6)**<br><br>Date: May 6, 2011<br>Time: 10:00 a.m.<br>Dept.: 1<br>Judge: Hon. Margaret M. Mann |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT ON May 6, 2011 at 10:00 a.m. or as soon thereafter as the matter may be heard, in Courtroom 1 before the Honorable Margaret M. Mann of the United States Bankruptcy Court, Southern District of California, located at 325 West F Street, San Diego, California 92101, Defendants Aurora Loan Services LLC, ING Bank, F.S.B., and Mortgage

Electronic Registration Systems, Inc.'s Motion to Dismiss Plaintiff Cirilo Cruz's Complaint will come on for hearing.

The Motion will be made pursuant to Federal Rule of Civil Procedure 12(b)(6), make applicable to this proceeding by Federal Rule of Bankruptcy Procedure 7012(b), on the grounds that the Complaint fails to allege facts sufficient to state a cause of action against Defendants.

Dated: March 30, 2011

Respectfully submitted,
**McCARTHY & HOLTHUS, LLP**

By: ___/s/ James Hester_____
James Hester, Esq.
Attorney for Defendants,
Aurora Loan Services LLC, ING Bank FSB, and
Mortgage Electronic Registration Systems, Inc.