**McCARTHY & HOLTHUS, LLP**
James Hester, Esq. (SBN: 122133)
Melissa Robbins Coutts, Esq. (SBN: 246723)
1770 Fourth Avenue
San Diego, CA  92101
Telephone:    (619) 685-4800
Facsimile:    (619) 685-4811

Attorneys for Defendant,
Quality Loan Service Corporation

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Adversary Case No. 11-90116-MM |
| CIRILO CRUZ, | BK Case No. 11-01133-MM13 |
| Debtor. | Chapter 13 |
| | **QUALITY'S DECLARATION OF NONMONETARY STATUS** **[Civil Code §2924*l*]** |
| CIRILO CRUZ, | |
| Plaintiff, | |
| vs. | |
| AURORA LOAN SERVICES, LLC; SCME MORTGAGE BANKERS, INC.; ING BANK, F.S.B.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; QUALITY LOAN SERVICE CORPORATION; and DOES 1 to 100, | |
| Defendants. | |

TO THIS HONORABLE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN THAT  Defendant, QUALITY LOAN SERVICE CORPORATION ("Quality"), hereby submits the attached Declaration of Trustee's Nonmonetary status pursuant to California Civil Code § 2924*l*.

///

Section 2924*l* provides in the pertinent part that:

> "[I]n the event that the trustee maintains a reasonable belief that it has been named in the action or proceeding solely in its capacity as trustee, and not arising out of any wrongful acts or omissions on its part in the performance of its duties as trustee then at any time, the trustee may file a declaration of nonmonetary status."

Quality believes that it has been named in the above-entitled action solely in its capacity as Trustee under the Deed of Trust, which is the subject of this action, executed by Plaintiff against the real property commonly known as 3148 Toopal Drive, Oceanside, CA 92054.

Dated: April 13, 2011

Respectfully submitted,
**McCARTHY & HOLTHUS, LLP**

By: /s/ James Hester
James Hester, Esq.
Attorney for Defendant,
Quality Loan Service Corporation